**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 07-94-DLB**

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

vs.                                  <u>**ORDER**</u>

**LESLIE SAYLOR**                                                    **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the Report & Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of four (4) months imprisonment followed by two (2) years of supervised release. (Doc. #72). At a final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on May 12, 2010, the Defendant admitted to committing Violation #1 as described in the April 23, 2010 Probation Violation Report; in exchange for that admission, the United States agreed to dismiss the other violation contained in the Report.

Defendant has not filed any objections to the Magistrate Judge's R&R or provided written notification of her desire to address the Court prior to sentencing. The time for filing both having now expired, the R&R is ripe for review. The Court having reviewed the R&R and finding the recommended sentence appropriate in light of Defendant's continued use of illegal substances in violation of the conditions of her supervised release, and being otherwise sufficiently advised;

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. #72) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of her supervised release by committing Violation #1 as described in the April 23, 2010 Probation Violation Report. Violation #2 is dismissed;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **four (4) months** to be followed by **two (2) years of reimposed supervised release** with all previously imposed conditions that remain undischarged at this time;

5. Upon release from incarceration, the Defendant is required to enter and complete an inpatient substance abuse treatment program to be designated by the United States Probation Office; and

6. A Judgment shall be entered concurrently herewith.

This 28th day of May, 2010.



Signed By:
*David L. Bunning*   DB
United States District Judge