**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 07-94-DLB**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**vs.**                                            **ORDER**

**LESLIE SAYLOR**                                            **DEFENDANT**

\*      \*      \*      \*      \*      \*      \*

This matter is before the Court upon the Report & Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of ten (10) months imprisonment, with no further supervised release to follow. (Doc. # 91). At a final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on November 22, 2010, Defendant admitted to violating the terms of her supervised release as set out in the November 15, 2010 probation violation report.

Defendant has not filed any objections to the Magistrate Judge's R&R or provided written notification of her desire to address the Court prior to sentencing. The time for filing both having now expired, the R&R is ripe for review. The Court having reviewed the R&R and finding the recommended sentence appropriate in light of Defendant's continued violation of the conditions of her supervised release, and being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

1.     The Report and Recommendation (Doc. # 91) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2.     Defendant is found to have **VIOLATED** the terms of her supervised release by committing the violations described in the November 15, 2010 Probation Violation Report;

3.     Defendant's supervised release is hereby **REVOKED**;

4.     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **ten (10) months**, with no supervised release to follow; and

5.     A Judgment shall be entered concurrently herewith.

This 17th day of December, 2010.

Signed By:

_David L. Bunning_   _DB_

United States District Judge